# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### POUGHKEEPSIE DIVISION

In Re:                                    Case No. 18-36248-cgm

Edward Lauricella                         Chapter 13

Debtor.                                   Judge Cecelia G. Morris

---

## REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

Please take notice that D. Anthony Sottile, as authorized agent for Partners for Payment Relief DE II, LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for Partners for Payment Relief DE II, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

Dated: September 17, 2018

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

RECEIVED

SEP 2 0 2018

U.S. BANKRUPTCY COURT
POUGHKEEPSIE, NY

*Corporate Office*
11351 Pearl Rd., Suite 300
Strongsville, OH 44136
(440) 572-1511

*Southern Ohio Office*
394 Wards Corner Rd., Suite 180
Loveland, OH 45140
(513) 444-4100

*Illinois Office*
1415 West 22nd Street, Tower Floor
Oak Brook, IL 60523
(312) 883-2810



# SOTTILE & BARILE
## ATTORNEYS AT LAW

D. Anthony Sottile [1][2][3]
Franco M. Barile [1][4]
Jon Lieberman [1][2][4]
Michael J. Lubes [1]
David W. Cliffe [1][2][4]
Molly Simons [1][2]
Karl V. Meyer [5]

(1)-Ohio, (2)-Kentucky, (3)-Indiana,
(4)-Michigan, (5)-Illinois

www.sottileandbarile.com

September 17, 2018

US Bankruptcy Court
*Southern District of New York*
355 Main Street
Poughkeepsie, NY 12061-3315

To whom it may concern:

Please see the enclosed Request for Service of Notices. This is being sent to your office for filing in bankruptcy case 18-36248-cgm.

Please send a file-stamped copy to me by using the enclosed SASE.

Should there be any questions, please don't hesitate to contact me at 513-444-4100.  Thank you for your time.

Sincerely yours,

Betsy A. Nesbella, Paralegal

Enc.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
### * DIVISION

In Re:                                    Case No.

*                                         Chapter

Debtors.

---

## REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)

Please take notice that D. Anthony Sottile, as authorized agent for Partners for Payment Relief DE II, LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for Partners for Payment Relief DE II, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

Dated: September 17, 2018

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com